UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 15CR2338-BAS |
|---|---|
| Plaintiff, | |
| v. | **ORDER AND JUDGMENT TO DISMISS WITHOUT PREJUDICE** |
| JOSE LUIS GABRIEL-NAVA, | |
| Defendant. | |

Upon motion of the United States of America and good cause appearing, IT IS HEREBY ORDERED that the Information in the above-entitled case be dismissed without prejudice.

IT IS SO ORDERED.

DATED: October 29, 2015

_____
HONORABLE CYNTHIA BASHANT
United States District Judge